## Leander J. Ibold, Appellee, v. 3920 Lake Shore Drive Building Corporation, Appellant.

### Gen. No. 42,886.

Heard in the third division, first district, this court at the December term, 1943; opinion filed May 18, 1945; rehearing denied June 8, 1945; released for publication June 8, 1945. Poppenhusen, Johnston, Thompson & Raymond for appellant; Henry J. Brandt, Abraham L. Rittenberg, and Adolf Loeb, of counsel; Adams, Moses & Culver, for appellee; Charles G. Culver, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.